AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED BY: [signature]
DATE: 7/21/22 TIME 8:30 AM
U.S. MARSHAL E/TN
KNOXVILLE, TN

FBI
FILED
JUL 29 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

United States of America
v.

CLIFFORD JAMES METEER

*Defendant*

Case No. 3:22cr67-TAV/DCP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CLIFFORD JAMES METEER, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

the defendant knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms in violation of Title 18, United States Code, Sections 922(g)(1).

Date: 7/20/2022

City and state: Knoxville TN

[signature]
*Issuing officer's signature*

LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 7/29/22, and the person was arrested on *(date)* 7/29/22
at *(city and state)* FMC Lexington, Kentucky.

Date: 7/29/22

[signature]
*Arresting officer's signature*

Special Agent Caleb Yokley
*Printed name and title*

FID: 11314710
USMS: 59349-509

2274-0721-2142-J